**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case: 1:26-mj-00055 |
| **v.** | : | Assigned To: Judge Faruqui, Zia M. |
| | : | Assign. Date: 3/16/2026 |
| **WESLEY ALAN SMOAK** | : | Description: COMPLAINT W/ARREST WARRANT |
| | : | |
| **Defendant.** | : | |
| | : | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging WESLEY ALAN SMOAK with Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), and Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## AFFIANT BACKGROUND

4. I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC

Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, advertisement, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YFSD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251 "Sexual Exploitation of Children,"18 U.S.C. § 2252 "Certain Activities Relating to Material Involving the Sexual Exploitation of Minors," and 18 U.S.C. § 2422 "Coercion and Enticement," and 18 U.S.C. § 2423 "Transportation of Minors." As such, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor) and 18 U.S.C. § 2252(a)(2) (Receipt of Child Pornography) (hereafter, the "TARGET OFFENSES") have been committed by SMOAK.

## PROBABLE CAUSE

7. On February 2, 2026, at approximately 4:11 pm, members of the Metropolitan Police Department (MPD) Fourth District responded to a call for service in Washington, D.C. The members met with the reporting person who reported that she is the relative of a fourteen-year-old girl ("Minor Victim 1" or "MV1"). The reporting person advised that MV1 had disclosed to a counselor at her school that she had a sexual relationship with an adult male.

8. MV1, who resides in Washington D.C., disclosed to the members of MPD that she has known the adult male (hereinafter "Subject 1") since October 2025 and had met him on Instagram. MV1 advised that she had sex with Subject 1 in an alley next to her home. MV1 indicated that Subject 1 had driven her to his home in Maryland from a friend's house on January 31, 2026, and had sex with her there. MV1 reported that Subject 1 drove her home to Washington, D.C. from his house after having sex with her. MV1 identified Subject 1 by name and provided contact information for him to include his phone number and social media accounts.

9. The reporting person provided verbal and written consent to your affiant to conduct a forensic extraction of MV1's devices. The reporting person also provided consent for a member of the Federal Bureau of Investigation's (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) to assume MV1's identity on Instagram, Discord, and text message. The reporting person and MV1 also agreed to participate in a forensic interview at Safeshores located at the Children's Advocacy Center (CAC).

10. On February 10, 2026, MV1 was forensically interviewed. MV1 reported during the interview that she had met Subject 1 on an application called Hush. The conversation subsequently moved over to Instagram and then later they communicated via Discord and iMessage. In relevant part, MV1 reported that she had vaginal sex with Subject 1 there and that was recorded on her phone by Subject 1. MV1 was shown a still image from the recorded video and confirmed that the video was of MV1 and Subject 1.

11. Your affiant reviewed the images and videos of the extracted devices and located a 45 second video which appeared to show a nude adult male penetrating the vagina of a nude female with his erect penis which has a condom on it. The female's long braided hair is visible and one of the braids is running down her back. The video was recorded from the male's point of view and was focused on the sexual act. The male and female's faces were not visible in the video, but your affiant knows MV1 has long braided hair like the female in the video. The hair in the video is also consistent with MV1's hair color and appearance.

12. Your affiant reviewed the metadata linked to the video and found that it had been created on January 31, 2026, at approximately 1:40 am. The video had been created on MV1's Apple iPhone which was recording geolocation data at the time the video was produced. The metadata indicated that the video had been created at a specific latitude and longitude that is near the Subject 1's home whom MV1 disclosed having vaginal sex with.

13. On February 4, 2026, your affiant conducted a forensic extraction of the Apple iPhone and Apple iPad used by MV1. Your affiant reviewed the contents of the extraction and located Discord chats between MV1 and the Discord user, WESTOSSS223_15527, later identified as WESLEY ALAN SMOAK. The following are excerpts from the chats that ensued:

*January 2, 2026*
MV1: hii
SMOAK: There you are. Can I see you.
MV1: Im gonna send you a video
SMOAK: Okay. You are beautiful [heart eye emoji]
MV1: Thank you. What do you look like
SMOAK: Why you pick unicorn as a name. Want a picture. [MV1 replies "sure"]
MV1: I like unicorns lol. You know that I am young right?
SMOAK: Yes what are you looking for
MV1: I don't know. What are you looking for
SMOAK: Someone to hang out with
MV1: but you wanna have sex? [two laugh / cry face emojis]
SMOAK: What lol
MV1: You want someone to hang out with but you also want sex?
SMOAK: Who said that
MV1: You said you want to come see me? Lol
SMOAK: Why you acting weird about it.
MV1: I'm not im just asking
SMOAK: What do you want
MV1: because I wanna have sex
SMOAK: What is your body like then
MV1: lets just wrap this up
SMOAK: What you mean
MV1: nvm sorry
MV1: I have a fat ass?
SMOAK: Really
MV1: yea reallyp
SMOAK: Can I see. Wow . Why no face.
MV1: so I don't get leaked lol
SMOAK: Oh
MV1: I have a very bad fear of getting leaked. Can I see what you look like
SMOAK: I don't show myself
MV1: uhm
SMOAK: Not face
MV1: this sounds like face. Im good
SMOAK: lol
MV1: by vro
SMOAK: Why you want to meet
MV1: idk nvm. I don't really think I should be talking to you
SMOAK: why
MV1: I don't know what ypu look like
SMOAK: I'll send them. Okay. You here
MV1: yeo. yep
SMOAK: So yes
MV1: yeah ??
SMOAK: You here

MV1: hmm okay. Handsome
SMOAK: You like
MV1: what are you doing for your birthday
SMOAK: Nothing why
MV1: im just asking
SMOAK: What you want to come to dinner then
MV1: I cant come to dinner lol
SMOAK: Oh okay
MV1: do you have a car?
SMOAK: A big truck
MV1: if you come to me I can give you a birthday present
SMOAK: Really
MV1: really. But it will have to be late at night. Do you have work
SMOAK: No I don't I'm off this weekend. How late and what area
MV1: like middle of the night late. I live in dc in NE.
SMOAK: Nice you sneaking out
MV1: yeah. where do you live. i know Maryland but where
SMOAK: Outside Annapolis Md
MV1: dang thats far [crying emoji]
SMOAK: 45 minutes probably
MV1: are ypu willing to drive that far?
SMOAK: Yes
MV1: yay. What would you wanna do
SMOAK: You are giving me a bday present remember
MV1: yeah but idk what you like
SMOAK: Ohh
MV1: wait. Nvm
SMOAK: What you mean nvm
MV1: youre okay with that right?
SMOAK: What do you like most?
MV1: giving blow jobsc
SMOAK: Really you enjoy it most
MV1: yeah. What do you enjoy most
SMOAK: Public play
MV1: really? Have you ever done ot. it.
SMOAK: Yes it's fun. Parks. The tailgate of my truck. Changing rooms. Movies.
MV1: parks?? What do you do it to
SMOAK: Bend over anywhere pretty easy if they wear a dress or skirt
…
SMOAK: what do you like in men
MV1: like sexually or normally?
SMOAK: Either one
MV1: normally i like someone who is nice and just gives me attention. sexually i LOVE vocal guys. And i like guys that are rough
SMOAK: Ohh [open eye emoji] really
MV1: like when im giving a blow job I love it when my head is guided

SMOAK: You are describing me. That’s me honestly.
MV1: perfect lol. but how rough can you get?
SMOAK: You will have to see
…
SMOAK: I think you like me
MV1: you think i like you? [crying laughing emojis]
SMOAK: Okay Nvm
MV1: wait im asking. i think ur cool but i dont really know you yet. remind me of your name. im sorry.
SMOAK: Alan
…
SMOAK: Do I still get a bday present
MV1: is that ur real name?
SMOAK: Yes why
MV1: i dont remember you telling me that. I wish you could come tonight. So then the present would really be on ur birthday
SMOAK: What time
MV1: you could come tonight?? it would be late. like 2 am.
SMOAK: Really. How long can you stay out.
MV1: yeah i have to wait until my mom goes to bed. However long it takes I guess. We would have to stay in the alley
SMOAK: I have a big backseat. It’s it big enough for a big long 4 door truck to park in.
MV1: uhh i think so. Its not a skinny alleyway. Perfect.
SMOAK: You comfortable in the truck then
MV1: yeah I think so.
SMOAK: Wear something easy to take off.
MV1: I will. So ur coming tonight?
SMOAK: Yes
MV1: okay good
SMOAK: You can ride me as much as you want to
MV1: okay daddy. Ur kinda getting me horny already
SMOAK: Wish I was ugh
MV1: lol I wish you were too
SMOAK: I can meet up with you throughout the week and pound your pussy.
MV1: I have school silly
SMOAK: Mmm really you like me to be your daddy
MV1: mhm daddy
SMOAK: Friday and Saturday nights we can do things
MV1: okay lol. if I would’ve met you earlier we could have been doing things all week.
SMOAK: Oh yes. What do you like about a daddy
MV1: I like one that tells me what to do but also treats me well
SMOAK: Mmm I love daddy daughter stuff a lot.
MV1: like roleplay??
SMOAK: Yes or more. Hbu
MV1: uhh idk can you explain it to me. What do you mean or more?
SMOAK: You play as my daughter when we are together. Guess rp

MV1: uhh okay
SMOAK: Would you like Calling me daddy with my cock in your mouth.
MV1: I can do that.
SMOAK: Perfect. Then I'll fuck you on weekends when you want it.
MV1: I cant wait daddy. Please dont go to sleep.
SMOAK: Do you like anal too
MV1: nooo
SMOAK: Can I kiss on your ass though. I'm up I want my present
MV1: okay good daddy. Sure. Oh and I like making out but ive only done it once.
SMOAK: Sounds good we have hours to have fun together
MV1: so idk how to do the tounge stuff yet.
SMOAK: I'll teach you. What time you have to go inside
MV1: maybe like an hour or two later. Do you really think ur gonna last that long
SMOAK: I'll reload and eat your pussy while we wait. I want your pussy as long as possible. We kiss and in between to help you get better.
MV1: okay lol. im really sensitve down there btw
SMOAK: You will havefun. I just want you. Gonna be mine on the down low.
MV1: lol okay daddy. Im excited. Im gonna go shower
SMOAK: Amazing [heart eye emoji]
MV1: okay my mom wants me to watch a movies with her. Sigh. stay up. Ill be back at like 1 or 2. I hope I dont fall asleep.
SMOAK: Okay
MV1: sorry. DON'T GO TO SLEEP. An hour and 9 minutes left of the movie.
…
*January 3, 2025*
MV1: you up? And happy birthday lol. the movie is done but I think ur asleep so goodnight. Maybe tomorrow night.
SMOAK: sry I passed out
MV1: it's okay lol. happy birthday again. I've never met anyone born so close to the new year.
SMOAK: Good next you can say you had someone inside you born close to the new year.
MV1: exactly. Are you gonna be free tonight?
SMOAK: Yes I want you
MV1: perfect. You got me really exited last night
SMOAK: We can do it every Saturday too
MV1: perfect. I can't wait
SMOAK: Me either [heart eye emoji]
MV1: please don't fall asleep this time.
SMOAK: I won't again. Imma nap soon so I'm up.
MV1: [sends 26 second video of MV1, who is 14 years old at the time, masturbating]
MV1: okay good
SMOAK: Mmm can't wait to taste it.
MV1: lol. I'm not gonna text you until later today. I have to get my hair done so.
SMOAK: Okay
MV1: hii
SMOAK: Hello little one

MV1: soo we aren't gonna be done until late er but ik my mom is gonna go to sleep early tonight.
SMOAK: I figured that
MV1: but lets just see. Hopefully it will work our. Out.
SMOAK: When she is in bed you are going to ride my cock.
MV1: hopefully lol
SMOAK: Yes what grade are you in
MV1: 9th grade. Have you talked to any other girls my age?
SMOAK: No
MV1: good. Is t his like a one time thing? Or do you plan to keep doing it? Talking to girls my age I mean.
SMOAK: Keep doing it.
MV1: bro. why? What do they have that women 20+ don't
SMOAK: Nvm
MV1: im just curious. Sorry.
SMOAK: We don't have to
MV1: I want to
SMOAK: You want a one time thing
MV1: noo. Im talking about other girls after me. Like after me would to talk to a girl my age again.
SMOAK: I don't want them
MV1: oh okay good
SMOAK: I'm trying to talk to you
MV1: okay. Wyd?
SMOAK: In bed wishing you were here
MV1: I really wish I was there too
SMOAK: Be perfect [heart eye emoji]
MV1: ik if I see you you want to give me head but can I also give you head?
SMOAK: Yes. How long have you been doing sexual things
MV1: since like a week before Halloween but ive only had two sexual interactions
SMOAK: Oh that's right
MV1: okay I have to go again. Bye. Ill talk to you later.
SMOAK: Okay

*January 4, 2026*
SMOAK: I'm sry I crashed the truck last night
MV1: hmmm. Alrighty. If that is true I hope you're okay.
SMOAK: Truck is fucked
MV1: howd you crash
SMOAK: A drunk driver hit me on 50
MV1: omg what the heck. That sucks really really really bad.
SMOAK: Yeah it does I want that young pussy so bad
MV1: atleast ur body is still in tact ig
SMOAK: Yeah
MV1: it seems like that's out the window
SMOAK: Why I can still come

*January 6, 2026*
…

*January 7, 2026*
MV1: I cant wait until summer break and I can stay up all night
SMOAK: Oh whys that
MV1: I wont have school. I'll get to wake up late. go to bed early. Do nothing. Which is my cup of tea.
SMOAK: And see me 3 times a week.
MV1: exactly lol
SMOAK: I want it 3 times a week in the summer
MV1: hopefully we still talk by then lol
SMOAK: Hopefully you move in by then.
MV1: I agree lol. you should kidnap me lol
SMOAK: Don't tempt me.
MV1: that'd be amazing lol. I say lol a lot. Sorry
SMOAK: Yes it would be I'd be fucking you a lot and wake you up to me eating your pussy.
MV1: I would love to wake up to that. Great way to start my day lol.
SMOAK: I do service work alone sometimes and long drives you could come with me and suck me as I drive.
MV1: that'd be so fun.
SMOAK: I'd be on the clock and fucking you in the van.

*January 8, 2026*
MV1: hii
SMOAK: Hello little one. Ugh wish I was your daddy.
MV1: I wish you were too
SMOAK: I missed you
MV1: so I could see you every day. Really?
SMOAK: Yes
MV1: are you still gonna come this weekend
SMOAK: Yes
MV1: that's if you don't fall asleep
SMOAK: As long as they don' try to work us Saturday.
MV1: okay hopefully not.
SMOAK: You be calling out sick and fucking daddy all day
MV1: I'll be calling out sick??
SMOAK: Mmm bad girl. I have a feeling you of been calling out sick all through high school already.
MV1: no actually. Ive only missed one day lol. its not that easy
SMOAK: If I was your daddy you would
MV1: id love tgat lok. I wish you could come right now.
SMOAK: Why's that
MV1: im so horny.
SMOAK: Why you love me being daddy

MV1: idk. I don't even know you lol
SMOAK: You are going to. What grade are you in.
MV1: 9th grade. I already told you this.
SMOAK: I forgot
MV1: do you remember my name?
SMOAK: Yes
MV1: What is it?
SMOAK: [states name of MV1]. I like you.
MV1: oh okay good lol. I got worried.
SMOAK: If I could I'd date you but until then we will fuck on weekends.
MV1: dating me is better than fucking me [laughing crying emoji]
SMOAK: Why's that. I want you ot be mine.
MV1: dating me is less of a crime than fucking me lol.
MV1: yeah. Just sounds like a lousy excuse
SMOAK: Excuse for what
MV1: nvm. Why are you saying if I could?
SMOAK: Like take you out to places with me.
MV1: oh. We could still like be in a relationship but not necessarily date.
SMOAK: Sounds good
MV1: like an online relationship
SMOAK: Really
MV1: but we can still see eachother.
SMOAK: Perfect
MV1: when was your last relationship
SMOAK: idk. Lol
MV1: how don't you know. Interesting. What's ur favorite thing about yourself? And do you want to come tomorrow?
SMOAK: I like being free lol
…

*January 31, 2026*
SMOAK: Hey
MV1: hi
SMOAK: How are you. You still here.
MV1: yeah sorry. I'm okay why. What about you*
SMOAK: Missed you lost my phone took forever to figure out my discord.
MV1: how did you lose it lol
SMOAK: Left it in home depot
MV1: bro [laughing crying emoji]
SMOAK: Yeah I'm blonde. So mad wanted to fuck you and bam
MV1: wellllll I got cracked last night. Wanna see?
SMOAK: What you mean. Cracked.
MV1: fucked lol
SMOAK: Ohh [open mouth emoji] yeah
MV1: okay ignore the braid down my ass crack and turn down ur phone the volume.
SMOAK: Damn

MV1: you like?
SMOAK: Yes I want to be inside you soon.
MV1: when is soon?
SMOAK: When are you free
MV1: next weekend
SMOAK: Perfect. How long he fuck you.
MV1: not very long. Maybe like 20 minutes
SMOAK: Aww damn. He should of taken a rhino then. Damn where the video go.
MV1: sorry [sends 45 second video of MV1 engaging in penetrative sex with an adult male]
SMOAK: You look good in it.
MV1: thanks lol
SMOAK: What time can you come out Friday and Saturday. Where he fuck you at.
MV1: idk yet. his house.
SMOAK: Damn he live close to you.
MV1: Nahhh. Not at all. I was at my friends hours who lives an hour away from him.
SMOAK: I'd love to take you to a hotel room and fuck you for as long as you can stay out.
MV1: uhhh not yet
SMOAK: I want to own that amazing pussy for hours.
MV1: I barley know you. Let's start in the car and then yk
SMOAK: Okay. Okay but at some point I'd love to get a hotel room and fuck you in it then have you in my arms the rest of the time or you sucking me hard again cause you enjoy sucking.

14. On February 5, 2026, an undercover member of the FBI CEHTTF assumed MV1's identity using the Apple iPhone turned over to your affiant. The UC reviewed the messages between MV1 and WESTOSSS223_15527 and then contacted the user via Discord direct message on February 10, 2026. The following are excerpts of the chats that occurred between the UC ("OCE"), who was using MV1's identity to continue the conversation with SMOAK:

*February 10, 2026*
OCE: hey hey
SMOAK: Oh shit where you been
OCE: ah just got in some trouble with my mom but im good.
SMOAK: She take your phone away. I was dieing to see you Friday.
OCE: nahhhhh. I was too. Im ready to see you if you actually want to come.
SMOAK: I do I was waiting.

*February 11, 2026*
SMOAK: When you free
OCE: I can dip out of school if you want to come during the day.

SMOAK: What time can you get out.
OCE: 3, but I can skip
SMOAK: Oh really.
OCE: Yep
SMOAK: I'd like at least a couple hours inside you then
OCE: I just have to go in then I can probably skip after 9. Mmmmmm. Youre going to last that long.
SMOAK: It's been awhile I pop a rhino pill and it doesn't go down after I cum for 2 or 3 hours.
OCE: Nice, I'm excited about that. I can skip out next week, I don' have school Monday.
SMOAK: As long as you can take it we can do 2 hours nonstop.
OCE: Can you bring lube to help me?
SMOAK: Yes
OCE: Where will we fuck?
SMOAK: You maybe sore the first couple time doing it for hours. My truck or suv.
OCE: Ok. If it's fun I don't care. How big are you again?
SMOAK: 5.5. Maybe 6.
OCE: Works for me [shades face emoji]
SMOAK: Good I really want your pussy.
OCE: I'm excited. What do you look like …… I Cant remember if you sent a pic [laughing emoji]
SMOAK: Can't remember if I sent either lol. I'll send one when I stop.
OCE: Okkkk. What time would you come get me? I go to school in NE.
SMOAK: I'll take a pro day and we can have fun together. What time you skipping then.
SMOAK: You want the picture now?

*February 12, 2026*
OCE: Yah ….. I did and still do. I could skip around 10.
SMOAK: Sounds great.

*February 15, 2026*
OCE: Thank you cutie [SMOAK sent the OCE a photograph depicting an adult male]

The photograph SMOAK sent the OCE is depicted below:



15. The UC then asked SMOAK for his phone number and forwarded a phone number to SMOAK that is a UC account.

16. On February 19, 2026, the UC was contacted by text message from XXX-XXX-6751[1] who messaged, "Good morning…Hello cutie. You at school now." The UC advised that they were and XXX-XXX-6751 reported, "I'd like to have you soon." The UC indicated that they should meet up soon and XXX-XXX-6751 reported that they would take a day off from work the next week to meet the UC. XXX-XXX-6751 reported, "I need to pound your pussy…You just be ready to get it as much as possible that day" and also stated, "It's been awhile so just relax and let me enjoy every inch of your body all day." XXX-XXX-6751 later advised that he would bring "lube" and stated, "I'll get the edibles lube for you when you suck on my cock too." The UC asked, "What's that" and XXX-XXX-6751 reported, "Something I put on my cock and it's a flavor taste as you suck me."

17. The UC asked XXX-XXX-6751, "What else will you have me do" and XXX-XXX-6751 stated, "I'm going to lay you in your back on the back seat and lift your legs up and fuck you hard." The UC asked, "Are you gonna ghost me" and XXX-XXX-6751 stated, "No I'm gonna

[1] Where there are redactions, the full phone number, email, address or other identifying information are known to law enforcement. The redactions have been included to protect privacy.

fuck you good like you want."

18. On February 19, 2026, XXX-XXX-6751 asked the UC, "What is your ass like" and the UC advised, "You'll see…I've sent you a lot already, you have to come see it for real now. Do you want to record?" XXX-XXX-6751 reported, "Yes" and indicated he would share it with the UC. The UC asked what he wanted to record and XXX-XXX-6751 stated, "You giving me head…You can see how great you are at it."

19. The UC advised XXX-XXX-6751 they were fourteen years old on two occasions again and reported that they attend "Eastern" to which XXX-XXX-6751 asked, "Eastern Senior High School?" XXX-XXX-6751 reported that he had gotten Friday, February 27, 2026, off of work and would pick the UC up near her school. XXX-XXX-6751 reported, "I want to fuck you a good amount before I drop you off at school." XXX-XXX-6751 also advised the UC, "There's a park and ride we can park at that will give us privacy for hours."

20. On February 19, 2026, an administrative subpoena was served on Pinger, Inc. in relation to the phone number, XXX-XXX-6751. Pinger, Inc. is the provider of the Textfree application, a VoIP (Voice over Internet Protocol) service, meaning it functions using Wi-Fi or cellular data to function rather than traditional cellular voice networks. A customer providing the name "West S" registered via Pinger for this number on January 8, 2026, with the email xxxxxxxxx853@gmail.com and no other phone number or residential address.

21. An administrative subpoena was sent to Google, Inc for subscriber information for xxxxxxxxx853@gmail.com. The Google subscriber was listed as "West S" with a recovery phone number of XXX-XXX-9411. With using publicly available databases, the phone number ending in 9411, a Verizon account, returned with a subscriber Wesley Alan SMOAK with an address at XXXX Spruce Tree Ln, Annapolis, MD.

22. MV1 lives in Washington, DC. On February 26, 2026, your affiant spoke with reporting person who confirmed MV1 was at her home in Washington, DC on at least January 3 and 4, 2026, during the above-referenced communications.

## CONCLUSION

23. For the reasons set forth above, I submit that probable cause exists to believe that, on or about January 3 and 4, 2026, SMOAK committed the offense of Receipt of Child Pornography, in violation of 18 U.S.C. § 2251(a)(2). Furthermore, probable cause exists to believe that, on or about and between January 2, 2026, through February 2, 2026, SMOAK committed the offense of Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). I respectfully request that a criminal complaint be issued for SMOAK.

Respectfully submitted,

Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on March 16, 2026.

HONORABLE ZIA M. FARUQUI
United States Magistrate Judge